[No. 42147-0-II.   Division Two.   April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD GEORGE BECKWITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00401-6, George L. Wood, J., entered May 11, 2011. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 29085-9-III.   Division Three.   April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TOBIAS ALLEN PRITCHARD, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-00297-4, Ruth E. Reukauf, J., entered May 18, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 29737-3-III.   Division Three.   April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE JAMES REYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00313-8, Craig J. Matheson, J., entered January 27, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 29748-9-III.   Division Three.   April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN LEE ROBERT FRAME, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 09-1-00416-9, John W. Lohrmann, J., entered February 23, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.